1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 | JUIN SINGH,                          | CASE NO. 2:24-CV-02160-JDP
12 |                          Plaintiff,  | STIPULATION AND [PROPOSED] ORDER FOR
                                          | FIRST EXTENSION OF TIME
13 |              v.
14 | USCIS, ET AL.,
15 |                         Defendants.
16

17

18

19     The Defendants respectfully request a first extension of time in which to respond to the

20 complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship

21 and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending

22 asylum application, which he filed in 2017. USCIS has scheduled Plaintiff's asylum interview for

23 January 27, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes

24 its adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following

25 the successful complete of Plaintiff's asylum interview. In the event USCIS cancels or

26 reschedules the interview on Plaintiff's application, the agency will endeavor to reschedule the interview

27 within four weeks of the original date.

28
                                              1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is May 16, 2025.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  October 18, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JESSICA T. ARENA
Jessica T. Arena
Counsel for Plaintiff

Dated: October 18, 2024

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated:   October 24, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2